Giovanni Clamente, Respondent, v. Michele Valente and Others, Appellants, Impleaded with Others, Defendants.— Judgment reversed on the law and new trial granted, costs to appellants to abide the event, upon the ground that it was error to exclude the conversation preceding the making of the mortgage in support

---

* See art. 10, as added by Laws of 1925, chap. 254.— [Rep.

of the defense of usury. (*Houghton* v. *Burden*, 228 U. S. 161, 169; *Mudgett* v. *Goler*, 18 Hun, 302; *Von Haus* v. *Soule*, 146 App. Div. 731, 734; *Orvis* v. *Curtiss*, 157 N. Y. 657, 660; *Austin* v. *Fuller*, 12 Barb. 360, 363.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.